[No. 34425. Department One. November 29, 1957.]

*In the Matter of the Application for a Writ of Habeas Corpus of*
CHARLES T. STEWART, *Petitioner*, v. RAY BELNAP, *as Superintendent
of the State Reformatory, Respondent.*[1]

*Charles T. Stewart, pro se.*

*The Attorney General* and *Michael R. Alfieri, Assistant*, for respondent.

PER CURIAM.—The petitioner was found guilty of the crime of taking a motor vehicle without the permission of the owner in violation of RCW 9.54.020, Rem. Rev. Stat. § 2601-1. The trial court entered judgment and sentence that the petitioner be imprisoned for a period of not more than twenty years.

For the reasons indicated in *In re Klapproth v. Squier* (1957), 50 Wn. (2d) 675, 314 P. (2d) 430, and in *In re Richey v. Squier* (1957), *ante* p. 38, 315 P. (2d) 638, it is necessary to correct the sentence pronounced by changing the maximum from twenty to ten years, as provided by RCW 9.92.010, Rem. Rev. Stat., § 2265.

The respondent is directed to produce the petitioner in the court where he was convicted, and where judgment and sentence was pronounced; and that court is directed to impose a corrected sentence, as indicated in this opinion and in the cases cited.